1
2
3
4
5
6              IN THE UNITED STATES DISTRICT COURT
7
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   PETRA PEREZ, an individual,
11          Plaintiff,                          No. C 12-00932 WHA
12     v.
13   AMERICAN HOME MORTGAGE              ORDER DENYING
     SERVICING, INC., MORTGAGE          ATTENDANCE AT
14   ELECTRONIC REGISTRATION            HEARING BY TELEPHONE
     SYSTEM, INC., T.D. SERVICE
15   COMPANY, and DOES 1–50, inclusive,
16          Defendants.
17   _____/
18         The Court **DENIES** defendants' request to participate in both the hearing and the case

19   management conference by telephone on April 26 because the courtroom telephone equipment is

20   not conducive to conducting hearings thereon.

21

22         **IT IS SO ORDERED.**

23

24   Dated:  April 11, 2012.

25                                             _____
                                               WILLIAM ALSUP
26                                             UNITED STATES DISTRICT JUDGE

27

28

**United States District Court**
For the Northern District of California