IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETRA PEREZ, an individual,

   Plaintiff,

   v.

AMERICAN HOME MORTGAGE SERVICING, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., T.D. SERVICE COMPANY, and DOES 1–50, inclusive,

   Defendants.
                                                    /

No. C 12-00932 WHA

**ORDER DENYING ATTENDANCE AT HEARING BY TELEPHONE**

The Court **DENIES** defendants' request to participate in both the hearing and the case management conference by telephone on April 26 because the courtroom telephone equipment is not conducive to conducting hearings thereon.

**IT IS SO ORDERED.**

Dated: April 11, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE