IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETRA PEREZ, an individual,

  v.

AMERICAN HOME MORTGAGE SERVICING, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., T.D. SERVICE COMPANY, AND does 1–50, inclusive,

    Defendants.

No. C 12-00932 WHA

**ORDER DENYING REQUEST TO APPEAR BY TELEPHONE**

If both sides stipulate, the Court will issue a case management order based solely on the papers submitted and relieve counsel of the obligation to attend the conference. The Court does not have adequate equipment for a telephone conference and, therefore, the request for a telephone conference is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 25, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE