**United States District Court**

For the Northern District of California

1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   PETRA PEREZ, an individual,

11        v.                                              No. C 12-00932 WHA

12   AMERICAN HOME MORTGAGE
     SERVICING, INC., MORTGAGE
13   ELECTRONIC REGISTRATION                      **ORDER DENYING REQUEST**
     SYSTEM, INC., T.D. SERVICE                   **TO APPEAR BY TELEPHONE**
14   COMPANY, AND does 1–50, inclusive,

15               Defendants.
                                          /
16
17          If both sides stipulate, the Court will issue a case management order based solely on the

18   papers submitted and relieve counsel of the obligation to attend the conference.  The Court does

19   not have adequate equipment for a telephone conference and, therefore, the request for a

20   telephone conference is **DENIED**.

21
22          **IT IS SO ORDERED.**

23
24   Dated:  April 25, 2012.                   _____
25                                             WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE
26
27
28