WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Nicole S. Dunn, Esq., SBN 213550
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 477-9200
rfinlay@wrightlegal.net; ndunn@wrightlegal.net;

Attorneys for Defendants, AMERICAN HOME MORTGAGE SERVICING, INC. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRA PEREZ, an individual<br><br>Plaintiff,<br><br>vs.<br>AMERICAN HOME MORTGAGE SERVICING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; T.D. SERVICE COMPANY and DOES 1-50, inclusive<br><br>Defendants. | Case No.: C 12-00932 DMR<br><br>**STIPULATION RE: ISSUANCE OF CASE MANAGEMENT ORDER** AND ORDER |

**PLEASE TAKE NOTICE** that Plaintiff, PETRA PEREZ and Defendants, AMERICAN HOME MORTGAGE SERVICING, INC. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. stipulate and agree as follows:
**WHEREAS,**

1

**STIPULATION RE: ISSUANCE OF CASE MANAGEMENT ORDER**

1.1. On April 23, 2012, this court issued and Order granting Defendants Motion to Dismiss and Vacated the Motion to Dismiss hearing set for April 26, 2012, at **2:00 p.m.**, in Courtroom 8. (Dkt #21).

1.2. On April 23, 2012, the Clerk issued a Notice Rescheduling the Hearing Time for the Case Management Conference to **3:00 p.m**. (Dkt #22).

1.3. Counsel for Defendants is located in Newport Beach, California which is more than 422 miles away.

1.4 Since this court previously denied Defendants' counsel's request for a telephonic appearance (Dkt #19), flight arrangements were made based on the 2:00 pm hearing time.

1.5 Now that the hearing time has been move one hour later, Defense Counsel is forced to incur a flight change fee as the return flight scheduled departs at 4:56 pm. from San Francisco International Airport ("SFO"). Further, Defendants would suffer an undue hardship to make a personal appearance because counsel is essentially spending twelve (12) hours travelling (9:00am to 9:00 pm) for a Case Management Conference that will likely take no more than 20 minutes.

1.6 On April 24, 2012, Defense Counsel filed a Request to Appear Telephonically (Dkt #23).

1.7 On April 25, 2012, This Court issued an Order Denying the Request to Appear by Telephone (Dkt#24) because the Court does not have adequate equipment for a telephone conference. However, this Court advised that if both sides stipulate, the Court will issue a case management order based solely on the papers submitted and relieve counsel of the obligation to attend the conference.

///
///
///

2

**STIPULATION RE: ISSUANCE OF CASE MANAGEMENT ORDER**

**NOW THEREFORE**, Plaintiff and Defendants STIPULATE to have this Court issue a Case Management Order based solely on the papers submitted in lieu of personally attending the conference.

**SO STIPULATED.**

Dated: April 25, 2012                    LAW OFFICE OF WENDELL JONES

                                         By:   /s/Wendell J. Jones
                                         Wendell J. Jones, Esq.
                                         Attorneys for Plaintiff, Petra Perez


                                         WRIGHT, FINLAY & ZAK, LLP

Dated: April 25, 2012                    By:   /s/ Nicole S. Dunn
                                         Nicole S. Dunn, Esq.
                                         Attorneys for Defendants, American
                                         Home Mortgage Servicing, Inc. and
                                         MERS, Inc.


SO ORDERED.

Dated: April 26, 2012.

[APPROVED — Judge William Alsup — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal]

**STIPULATION RE: ISSUANCE OF CASE MANAGEMENT ORDER**

# PROOF OF SERVICE

I, Gretchen Grant, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On April 25, 2012, I served the within **STIPULATION RE: ISSUANCE OF CASE MANAGEMENT ORDER** on all interested parties in this action as follows:

[X] by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

| Wendell J. Jones, Esq.<br>1901 S. Bascom Ave., Suite 333<br>Campbell, CA 95008 | *Attorneys for Plaintiff*<br>**PETRA S. PEREZ**<br>Tel: (408) 371-7589 |
|---|---|
| Richard S. Stone, Esq.<br>1900 S. Norfolk Street, Suite 350<br>San Mateo, CA 94403 | *Attorneys for Defendant*<br>**T.D. SERVICE COMPANY**<br>Tel: (650) 242-8781 |

[X] (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ] (BY OVERNITE EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

[X] (FEDERAL) I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 25, 2012, at Newport Beach, California.

_____
Gretchen Grant

PROOF OF SERVICE